IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NAPOLI, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-2993 |
| GREENWOOD GAMING AND : | |
| ENTERTAINMENT, INC. d/b/a PARX : | |
| CASINO, : | |
| : | |
| Defendant. : | |

# ORDER

**AND NOW**, this ____25th___ day of November, 2019, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (ECF No. 15), Plaintiff' Response in Opposition (ECF No. 16), and Defendant's Reply (ECF No. 18), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____

Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated November __25th__, 2019.