IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NAPOLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREENWOOD GAMING AND ENTERTAINMENT, INC. d/b/a PARX CASINO,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 18-2993 |

# ORDER

**AND NOW,** this __2nd__ day of September, 2021, upon consideration of Defendant's Motion for Entry of Judgment against Plaintiff Michael Napoli in the Amount of $6,357.57 (ECF No. 44), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**. Judgment is entered against Plaintiff Michael Napoli in the amount of $6,357.57.[1]

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Petrese B. Tucker
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker**

---

[1] The Court approved Defendant's Bill of Costs for fees of $6,357.57 on April 2, 2021 (ECF No. 43).